No. 1968. PEOPLE, APPELLEE, v. PEÑA, APPELLANT.—District Court of Humacao. Aggravated assault and battery. Decided November 27, 1922. Upon examination of the information, the plea of the defendant, the instructions of the court, the verdict and the judgment, which, with the notice of appeal, are the only documents in the record, and

no substantial error having been alleged or committed, the judgment is affirmed.